UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

GEETA DAYALDAS,                                          Civil No. 3:10-1570-HA

    Plaintiff,                                          JUDGMENT

    v.

JACKLYN SAPPINGTON, ADAM
SAPPINGTON, and THE COUNTRY
CAT DINNER HOUSE AND BAR, INC.,

    Defendants.

_____

HAGGERTY, District Judge:

    Based upon the Stipulated Motion for Entry of Judgment of Dismissal [10] submitted by

the parties, IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with

prejudice, and without costs or attorney's fees to any party.

    IT IS SO ORDERED.

    DATED this _12_ day of July, 2011.

                                   Ancer L. Haggerty
                                United States District Judge

1 -- JUDGMENT